Exhibit 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,188,305

## United States Patent and Trademark Office

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: CLOTHING, NAMELY, JACKETS, RAINCOATS, SWEATSHIRTS, JERSEYS,

SHIRTS, BLOUSES, PANTS, TIGHTS, SHORTS, HATS, CAPS, SWEATBANDS, HEADBANDS, GLOVES, BELTS, SHOES, BOOTS, SOCKS, APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 1–0–1995; IN COMMERCE 1–0–1995.

OWNER OF U.S. REG. NO. 1,318,236.

SN 75–169,847, FILED 9–23–1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,234,764

Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
15850 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: PRESSURE AIR GAUGES, MOTORCY-
CLE AND SAFETY HELMETS, AND PROTEC-
TIVE CLOTHING FOR MOTORCYCLIST AND
CYCLISTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 9-0-1994; IN COMMERCE
9-0-1998.

OWNER OF U.S. REG. NO. 1,568,070.

SN 75-169,848, FILED 9-23-1996.

DIANE B. MELNICK, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,232,648

Registered Mar. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: PRESSURE AIR GAUGES, MOTORCY-
CLE AND SAFETY HELMETS, AND PROTEC-
TIVE CLOTHING FOR MOTORCYCLIST AND

CYCLISTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).
FIRST USE 9-0-1994; IN COMMERCE
9-0-1998.
OWNER OF U.S. REG. NO. 1,568,070.

SN 75-170,434, FILED 9-23-1996.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,189,804

## United States Patent and Trademark Office

Registered Sep. 15, 1998

### TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: DECALS, STICKERS, CALENDARS,
AND CATALOGS RELATING TO MOTOCROSS
SPORTS CLOTHING, PROTECTIVE GEAR,
FOOTWEAR, CASUALWEAR AND ACCESSO-
RIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FIRST USE 12–0–1984; IN COMMERCE
12–0–1984.

OWNER OF U.S. REG. NO. 1,568,070.

SN 75–170,435, FILED 9–23–1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,194,132

## United States Patent and Trademark Office

Registered Oct. 6, 1998

## TRADEMARK
## PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
15850 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: DECALS, STICKERS, CALENDARS,
AND CATALOGS RELATING TO MOTOCROSS
SPORTS CLOTHING, PROTECTIVE GEAR,
FOOTWEAR, CASUALWEAR AND ACCESSO-
RIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FIRST USE 12-0-1984; IN COMMERCE
12-0-1984.

OWNER OF U.S. REG. NO. 1,568,070.

SN 75-170,436, FILED 9-23-1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,192,660

Registered Sep. 29, 1998

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: LUGGAGE, BACKPACKS, FANNY
PACKS, ALL PURPOSE SPORT BAGS, TOOL
PACKS SOLD EMPTY AND UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1994; IN COMMERCE
9-0-1994.

OWNER OF U.S. REG. NO. 1,568,070.

SN 75-170,437, FILED 9-23-1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,192,661

## United States Patent and Trademark Office

Registered Sep. 29, 1998

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: LUGGAGE, BACKPACKS, FANNY
PACKS, ALL PURPOSE SPORT BAGS, TOOL
PACKS SOLD EMPTY AND UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1994; IN COMMERCE
9-0-1994.

OWNER OF U.S. REG. NO. 1,568,070.

SN 75-170,438, FILED 9-23-1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,181,243**

## United States Patent and Trademark Office

Registered Aug. 11, 1998

### TRADEMARK
### PRINCIPAL REGISTER



FOX RACING USA, INC. (CALIFORNIA COR-
PORATION)
15850 CONCORD CIRCLE
MORGAN HILL, CA 95037 FOX RACING USA,
INC. (CALIFORNIA CORPORATION)

15850 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: CLOTHING, NAMELY, JACKETS,
RAINCOATS, SWEATSHIRTS, JERSEYS,
SHIRTS, BLOUSES, PANTS, TIGHTS, SHORTS,
HATS, CAPS, SWEATBANDS, HEADBANDS,
GLOVES, BELTS, SHOES, BOOTS, SOCKS,
APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1995; IN COMMERCE
1-0-1995.

OWNER OF U.S. REG. NO. 1,318,236.

THE MARK CONSISTS OF THE WORD
"FOX" WITH THE "O" BEING A FACE OF A
FOX.

SN 75-170,440, FILED 9-23-1996.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,151,681
Registered Oct. 3, 2006

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-TION)
LEGAL AFFAIRS
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: PROTECTIVE EYEWEAR, NAMELY SPEC-TACLES, PRESCRIPTION EYEWEAR, ANTI-GLARE GLASSES, SUNGLASSES, AND MOTORCYCLING GOGGLES AND THEIR PARTS AND ACCESSOR-IES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIAL-LY ADAPTED FOR SPECTACLES AND SUNGLAS-SES AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

OWNER OF U.S. REG. NOS. 1,568,070, 2,234,764, AND OTHERS.

SN 78-408,646, FILED 4-27-2004.

ALYSSA PALADINO, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,151,835**

Registered Oct. 3, 2006

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
LEGAL
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: SPORTS GOGGLES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 4-19-2006; IN COMMERCE 4-19-2006.

OWNER OF U.S. REG. NOS. 1,568,070, 2,234,764,
AND OTHERS.

SN 78-470,973, FILED 8-20-2004.

ALYSSA PALADINO, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,143,175

Registered Sep. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
LEGAL AFFAIRS
LEGAL AFFAIRS 18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

　　FOR: SPORT GOGGLES FOR USE IN MOTORCY-
CLING, BICYCLING, SNOWMOBILING, SNOW-
BOARDING, SKIING AND OTHER SNOW-
RELATED ACTIVITIES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

OWNER OF U.S. REG. NO. 2,232,648.

SN 78-471,303, FILED 8-20-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,160,138

Registered Oct. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
LEGAL AFFAIRS
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: PROTECTIVE EYEWEAR, NAMELY SPEC-
TACLES, PRESCRIPTION EYEWEAR, ANTI-GLARE
GLASSES, SUNGLASSES, AND MOTORCYCLING
GOGGLES AND THEIR PARTS AND ACCESSOR-
IES, NAMELY REPLACEMENT LENSES, FRAMES,
EARSTEMS, AND NOSE PIECES; CASES SPECIAL-
LY ADAPTED FOR SPECTACLES AND SUNGLAS-
SES AND THEIR PARTS AND ACCESSORIES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

OWNER OF U.S. REG. NO. 2,232,648.

SN 78-471,337, FILED 8-20-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,276,323

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FOX RACING

FOX RACING, INC. (CALIFORNIA CORPORA-
TION)

LEGAL AFFAIRS

18400 SUTTER BOULEVARD

MORGAN HILL, CA 95037

FOR: SPORT GOGGLES FOR USE IN MOTORCY-
CLING, BICYCLING AND SNOW SPORTS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2006; IN COMMERCE 4-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,232,648.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "RACING", APART FROM THE
MARK AS SHOWN.

SN 78-473,142, FILED 8-25-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,276,324

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FOX RACING

FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
LEGAL AFFAIRS
18400 SUTTER BOULEVARD
MORGAN HILL, CA 95037

FOR: PROTECTIVE EYEWEAR, NAMELY SPEC-
TACLES, PRESCRIPTION EYEWEAR, ANTI-GLARE
GLASSES, SUNGLASSES, AND MOTORCYCLING
GOGGLES AND THEIR PARTS AND ACCESSOR-
IES, NAMELY REPLACEMENT LENSES, FRAMES,
EARSTEMS, AND NOSE PIECES; CASES SPECIAL-
LY ADAPTED FOR SPECTACLES AND SUNGLAS-
SES AND THEIR PARTS AND ACCESSORIES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2006; IN COMMERCE 4-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,232,648.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "RACING", APART FROM THE
MARK AS SHOWN.

SN 78-473,230, FILED 8-25-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,309,293

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: MOTORCYCLE HELMETS; PROTECTIVE
CLOTHING; PROTECTIVE HELMETS FOR SPORTS;
SAFETY HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005.

OWNER OF U.S. REG. NOS. 1,568,070, 2,232,648,
AND 2,234,764.

THE MARK CONSISTS OF PARTIAL DEPICTION
OF FOX HEAD WITH THE WORD FOX WRITTEN
UNDER IT.

SN 78-774,490, FILED 12-15-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,309,293

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: MOTORCYCLE HELMETS; PROTECTIVE
CLOTHING; PROTECTIVE HELMETS FOR SPORTS;
SAFETY HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005.

OWNER OF U.S. REG. NOS. 1,568,070, 2,232,648,
AND 2,234,764.

THE MARK CONSISTS OF PARTIAL DEPICTION
OF FOX HEAD WITH THE WORD FOX WRITTEN
UNDER IT.

SN 78-774,490, FILED 12-15-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,309,294

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-TION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: CALENDARS; CATALOGS IN THE FIELD OF MOTOCROSS AND BICYCLING SPORTS CLOTHING, PROTECTIVE GEAR, FOOTWEAR AND ACCESSORIES; DECALS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005.

OWNER OF U.S. REG. NOS. 1,568,070, 2,189,804, AND 2,194,132.

THE MARK CONSISTS OF PARTIAL DEPICTION OF FOX HEAD WITH THE WORK FOX WRITTEN UNDER IT.

SN 78-774,550, FILED 12-15-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,309,295

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: ALL PURPOSE SPORT BAGS; ALL-PUR-
POSE ATHLETIC BAGS; ALL-PURPOSE CARRYING
BAGS; ATHLETIC BAGS; BACKPACKS; BAGS AND
HOLDALLS FOR SPORTS CLOTHING; CARRY-ON
BAGS; LUGGAGE; ROLL BAGS; SMALL BACK-
PACKS; SPORTS BAGS; TOOL BAGS SOLD EMPTY;
UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND
41).

FIRST USE 6-1-2006; IN COMMERCE 6-1-2006.

OWNER OF U.S. REG. NOS. 2,192,660 AND
2,192,661.

THE MARK CONSISTS OF PARTIAL DEPICTION
OF FOX HEAD WITH THE WORD FOX WRITTEN
UNDER IT.

SN 78-774,576, FILED 12-15-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,309,296
Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FOX RACING, INC. (CALIFORNIA CORPORA-
TION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: ANKLE SOCKS; APRONS; BELTS; BICYCLE GLOVES; BICYCLING GLOVES; BOARD SHORTS; BOOTS; BOXER SHORTS; CAP VISORS; CAPS; CAPS WITH VISORS; CYCLISTS' JERSEYS; DENIM JACK-ETS; DENIMS; FABRIC BELTS; GLOVES; HEAD SWEATBANDS; HEADBANDS; HEADBANDS AGAINST SWEATING; JACKETS; JERSEYS; JOG-GING PANTS; MEN AND WOMEN JACKETS, COATS, TROUSERS, VESTS; MEN'S SOCKS; MO-TORCYCLE GLOVES; MOTORCYCLIST BOOTS; PANTS; RAIN JACKETS; RAINCOATS; RIDING BOOTS; RIDING GLOVES; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SHORT-SLEEVED SHIRTS; SHORTS; SLEEVED OR SLEEVELESS JACKETS; SLEEVELESS JERSEYS; SNOW PANTS;

SNOWBOARD GLOVES; SNOWBOARD PANTS; SOCKS; SPORT SHIRTS; SPORTS JERSEYS AND BREECHES FOR SPORTS; SWEAT BANDS; SWEAT PANTS; SWEAT SHIRTS; SWEATBANDS; T-SHIRTS; TIGHTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005.

OWNER OF U.S. REG. NOS. 1,318,236, 2,188,305, AND OTHERS.

THE MARK CONSISTS OF PARTIAL DEPICTION OF FOX HEAD WITH THE WORD FOX WRITTEN UNDER IT.

SN 78-774,602, FILED 12-15-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FOX

**Reg. No. 3,736,401**
Registered Jan. 12, 2010

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

FOX HEAD, INC. (CALIFORNIA CORPORATION)
18400 SUTTER BLVD.
MORGAN HILL, CA 95037

FOR: FOOTWEAR FOR MEN AND WOMEN AND CHILDREN, SHOES, BOOTS, SANDALS, CLOTHING, NAMELY, SHIRTS, T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, JERSEYS, SWEATERS, BLOUSES, DRESSES, PANTS, JEANS, SHORTS, SKIRTS, UNDERWEAR, HATS, CAPS, KNIT CAPS, SWEATBANDS, WRISTBANDS, GLOVES, SCARVES, BELTS FOR CLOTHING, SOCKS, APRONS, JACKETS, WIND RESISTANT JACKETS, RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-1983; IN COMMERCE 10-1-1983.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,189,804, 3,309,296 AND OTHERS.

SER. NO. 77-744,940, FILED 5-26-2009.

CHRISTINE COOPER, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,256,548**

**Registered Jan. 26, 2021**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Fox Head, Inc.  (CALIFORNIA CORPORATION), AKA Fox Racing
16752 Armstrong Avenue
Irvine, CALIFORNIA 92606

CLASS 35: Retail stores and online retail stores featuring apparel, boots, helmets, bags, headwear and accessories in the nature of motorcycle and bicycle riding equipment

FIRST USE 1-1-2015; IN COMMERCE 1-1-2015

The mark consists of the word "FOX" with a stylized fox head to the right.

OWNER OF U.S. REG. NO. 5352904, 3736401, 5352903

SER. NO. 90-027,040, FILED 06-29-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,116,612**
**Registered Jul. 18, 2023**
**Int. Cl.: 9, 16, 18, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

Fox Head, Inc.  (CALIFORNIA CORPORATION), DBA Fox Racing
16752 Armstrong Ave.
Irvine, CALIFORNIA 92606

CLASS 9: Helmets for mountain biking and motocross activities; protective helmets for motorized activities; protective helmets for sports; safety helmets; protective eyewear; spectacles and sunglasses; replacement parts therefor for all the foregoing; eyewear cases; protective clothing for wear by cyclists, motorcyclists, and motorists for protection against accident or injury, namely, protective back pads, knee pads, protective pads for shoulders and elbows, protective suits, protective chest pads, and protective gloves; sports goggles; goggles for use in motorcycling, bicycling, and action-sports activities; protective face masks for the prevention of accident or injury not for medical purposes; downloadable electronic website catalogs and images in machine readable form in the fields of clothing, apparel, and motocross, motorcycle, bicycle, and sports activities, goods, and services

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

CLASS 16: Decals; stickers; printed calendars; printed catalogs in the fields of motocross, bicycling, and other sports clothing, protective clothing, footwear, casualwear and fashion accessories related to motocross and bicycling

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

CLASS 18: All purpose sports gear bags for carrying motorcycling, bicycling and other sports equipment; tool bags sold empty; umbrellas; knapsacks; backpacks; sports bags; duffle bags; hip bags; luggage; rucksacks; handbags; traveling bags; roll bags; wallets; purses

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

CLASS 25: Apparel, namely, jackets, rain jackets, vests, sweatshirts, jerseys, shirts, t-

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



shirts, tank tops, blouses, sweaters, pants, tights, shorts, dresses, skirts, hats, caps being headwear, sweatbands, wristbands, headbands, neck gaiters, swimwear, gloves, belts, shoes, sandals, flip flops, boots and socks; gloves for motorcyclists and cyclists; jerseys for motorcyclists and cyclists; pants for motorcyclists and cyclists; jackets for motorcyclists and cyclists; boots for motorcyclists

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

CLASS 35: Retail stores and online retail stores featuring apparel, boots, helmets, bags and fashion accessories, and sports equipment

FIRST USE 7-1-2022; IN COMMERCE 7-1-2022

The mark consists of an outline of an image of a fox head.

OWNER OF U.S. REG. NO. 5725041, 5352903, 5589946

SER. NO. 97-164,763, FILED 12-09-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.