**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

REVELYST ADVENTURE SPORTS LLC,

              Plaintiff,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

              Defendants.

Case No. 26-cv-00698

**Judge Thomas M. Durkin**

**Magistrate Judge Gabriel A. Fuentes**

**PLAINTIFF'S MOTION FOR ELECTRONIC**
**SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Revelyst Adventure Sports LLC ("Plaintiff" or "Fox Racing") seeks this Court's

authorization to effectuate service of process by e-mail and electronic publication. A Memorandum

of Law in Support is filed concurrently with this Motion.

Dated this 23rd day of January 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff*
*Revelyst Adventure Sports LLC*